FILED
2015 Nov-23 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JAMES BRETT GIFFORD,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JOHN RATHMAN,** *et al.* )<br>)<br>**Defendants.** ) | CIVIL ACTION NO.:<br>1:14-CV-01179-SLB-JEO |

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE

I, on behalf of the undersigned defendant in the above-styled action, under penalty of perjury, do hereby declare that I have received a copy of the complaint in this action and that I waive the necessity of any other formal process or service of process in this action.

THE NORTHEAST ALABAMA REGIONAL
MEDICAL CENTER

By: *[signature]*

Its: Attorney

Date: 11-23-15