UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES BRETT GIFFORD, | } |
| Plaintiff, | } |
| v. | } Case No. 1:14-cv-1179-SLB-JEO |
| WARDEN JOHN RATHMAN, et al., | } |
| Defendants. | } |

**ORDER**

The court entered an Order for Special Report on August 14, 2015, which, *inter alia*, requested the named defendants submit waivers of service within forty days and a special report within sixty days. On September 23, 2015, the Order for Special Report was amended to extend the deadlines for submission of waivers and a special report. Now pending before the court is a motion (doc. 18) by the United States Attorney for the Northern District of Alabama for leave to file and un-redacted motion **under seal** seeking a stay of this action or in the alternative further extensions of the deadlines. The movant states that the motion seeking a stay or extension will necessarily disclose non-public Bureau of Prisons information in support thereof, and therefore should be submitted under seal.

The motion is **GRANTED** to the extent that the United States Attorney for the Northern District of Alabama may submit the proposed motion to the court under seal. The Clerk is DIRECTED to ensure that the forthcoming un-redacted motion by the United States Attorney **remains under seal** and unavailable for viewing by the public or the plaintiff, or by anyone other than authorized persons.

The Clerk is further **DIRECTED** to serve a copy of this order upon the plaintiff, upon counsel of record, and upon the non-federal defendants, Northeast Alabama Regional Medical Center and Dr. George Smith, at the addresses indicated for them in Document #14 at pages 15 and 16.

**DATED** this 25th day of November, 2015.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge