FILED
2017 Sep-29 PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JAMES BRETT GIFFORD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:14-CV-1179-SLB-JEO |
| ) | |
| **WARDEN JOHN RATHMAN; THE** ) | |
| **FEDERAL BUREAU OF PRISONS;** ) | |
| **THE UTILIZATION REVIEW** ) | |
| **COMMITTEE; GEORGE SMITH,** ) | |
| **M.D., Physician; NORTHEAST** ) | |
| **ALABAMA REGIONAL MEDICAL** ) | |
| **CENTER; R. HARDIN, Counselor;** ) | |
| **BOTT, Correctional Officer; S. PACO,** ) | |
| **MLP; M. MOURTADA, MLP; L.** ) | |
| **MARASIGAN, MLP; WILLIAMS,** ) | |
| **Correctional Officer; MRS. M. TIPPLE,** ) | |
| **RN; DR. M. HOLBROOK, M.D.; MS.** ) | |
| **GARDNER, Correctional Officer;** ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that defendants' Special Reports, (docs. 24, 25, 52, 60),[1] which the court has notified the parties it will construe as Motions for Summary Judgment, (doc. 61), are **GRANTED**. Plaintiff's FTCA claim based on falsified medical records, (doc. 11 ¶¶ 85-

---

[1]Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record. Citations to page numbers in such court documents refer to the page numbers assigned by the court's electronic filing system unless otherwise indicated.

88), is **DISMISSED WITHOUT PREJUDICE**; all other claims are **DISMISSED WITH PREJUDICE**.

**DONE**, this 29th day of September, 2017.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE